# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stephen S. Sharkey<br>　　　　　Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>　　　　　Movant<br>vs.<br>Stephen S. Sharkey<br>　　　　　Debtor(s) | NO. 14-18692 jkf |
| Frederick L. Reigle<br>　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the papers filed in connection therewith, and after hearing and/or upon the failure of the Debtor and the Trustee to file an answer or otherwise plead, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Section 362(d) as to Movant or its successor or assignee, with respect to the 2010 TOYOTA COROLLA with VIN #: 2T1BU4EE6AC459372. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

Signed this 9th day of January, 2018.

_____
United States Bankruptcy Judge

cc: See attached service list

Stephen S. Sharkey
2200 E County Line Road
Ardmore, PA 19903

Jeanne Marie Cella, Esq.
Jeanne Marie Cella and Associates, LLC
215 N Olive St, Ste 101
Media, PA 19063

Polly A. Langdon
Frederick L. Reigle
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532