**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 14-18692** |
| **Stephen S Sharkey** : | **Chapter 13** |
| : | **Judge Jean K. FitzSimon** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * * |
| : | |
| **Wells Fargo Bank, N.A.** : | |
| **Movant,** : | |
| : | |
| vs : | |
| : | **Place of Hearing** |
| **Stephen S Sharkey** : | **U.S. Bankruptcy Court** |
| **Margaret Dimarzio** : | **900 Market Street** |
| : | **Philadelphia, PA 19107** |
| **Frederick L. Reigle** : | |
| **Respondents.** | |

## ORDER OF COURT

AND NOW, to wit, this  8th  day of  May , 20 18 , upon consideration of the Motion for Relief from the Automatic Stay and Co-Debtor Stay filed by Wells Fargo Bank, NA ("Creditor"), it is hereby **ORDERED, ADJUDGED AND DECREED,** that the Motion is granted and that the Automatic Stay and Co-Debtor Stay be and hereby is terminated as it affects the interest of Wells Fargo Bank, N.A. in and to the Real Property of Debtor and non-filing co-debtor, Margaret DiMarzio, located at 2200 East County Line Road, Ardmore, PA 19003 and more particularly described in the Mortgage recorded April 3, 2009 as Instrument No. 2009016942.

~~Creditor requests that~~ further compliance with Federal Rule of Bankruptcy Procedure is 3002.1 ~~be~~ waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay and co-debtor stay of Section 362.

BY THE COURT

*Jean K. FitzSimon*

JEAN K. FITZSIMON, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:
Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107 (notified by ecf)

Frederick L. Reigle, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave., Reading, PA  19606 (notified by ecf)

Jeanne Marie Cella, Attorney for Debtor, Black Stranick & Cella PC, 327 West Front Street, Media, PA  19063 (notified by ecf)

Stephen S SharkeyMargaret DimarzioDebtor, 2200 E County Line Rd, Ardmore, PA  19003 (notified by regular US Mail)

Stephen S Sharkey and Margaret Dimarzio, Debtor, 2200 East County Line Road, Ardmore, PA 19003 (notified by regular US Mail)