United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Stephen S Sharkey  
    Debtor

Case No. 14-18692-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: May 08, 2018  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2018.  
db          +Stephen S Sharkey,    2200 E County Line Rd,    Ardmore, PA 19003-3026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2018 at the address(es) listed below:  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        JEANNE MARIE CELLA    on behalf of Debtor Stephen S Sharkey paralegal@lawbsc.com,  
         pennduke@gmail.com  
        KARINA VELTER    on behalf of Creditor    WELLS FARGO BANK, NA amps@manleydeas.com  
        KIMBERLY A. BONNER    on behalf of Creditor    WELLS FARGO BANK, NA amps@manleydeas.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation  
         bkgroup@kmllawgroup.com  
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation  
         bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                 TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 14-18692** |
| **Stephen S Sharkey** | : | **Chapter 13** |
| | : | **Judge Jean K. FitzSimon** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A.** | : | |
| **Movant,** | : | |
| **vs** | : | |
| | : | **Place of Hearing** |
| **Stephen S Sharkey** | : | **U.S. Bankruptcy Court** |
| **Margaret Dimarzio** | : | **900 Market Street** |
| | : | **Philadelphia, PA 19107** |
| **Frederick L. Reigle** | : | |
| **Respondents.** | | |

### ORDER OF COURT

AND NOW, to wit, this  8th   day of   May          , 20 18 , upon consideration of the Motion for Relief from the Automatic Stay and Co-Debtor Stay filed by Wells Fargo Bank, NA ("Creditor"), it is hereby **ORDERED,** ~~**ADJUDGED AND DECREED,**~~ that the Motion is granted and that the Automatic Stay and Co-Debtor Stay be and hereby is terminated as it affects the interest of Wells Fargo Bank, N.A. in and to the Real Property of Debtor and non-filing co-debtor, Margaret DiMarzio, located at 2200 East County Line Road, Ardmore, PA 19003 and more particularly described in the Mortgage recorded April 3, 2009 as Instrument No. 2009016942.

~~Creditor requests that~~ further compliance with Federal Rule of Bankruptcy Procedure  is  3002.1 ~~be~~ waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay and co-debtor stay of Section 362.

BY THE COURT

_Jean K. FitzSimon_
_____
JEAN K. FITZSIMON, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107 (notified by ecf)

Frederick L. Reigle, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave., Reading, PA  19606 (notified by ecf)

Jeanne Marie Cella, Attorney for Debtor, Black Stranick & Cella PC, 327 West Front Street, Media, PA  19063 (notified by ecf)

Stephen S SharkeyMargaret DimarzioDebtor, 2200 E County Line Rd, Ardmore, PA  19003 (notified by regular US Mail)

Stephen S Sharkey and Margaret Dimarzio, Debtor, 2200 East County Line Road, Ardmore, PA 19003 (notified by regular US Mail)