IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| Stephen S. Sharkey, | : Bankruptcy No. 14-18692-REF |
| Debtor(s) | : Chapter 13 |

## **PRAECIPE**

Please withdraw Document # 65 and # 66, Chapter 13 Standing Trustee's Motion to Dismiss and Notice. These documents were filed in error.

Respectfully submitted,

Date: November 21, 2018

*/s/ Polly A. Langdon*
Polly A. Langdon, Esq.
Attorney for William C. Miller,
Interim Chapter 13 Standing Trustee